

FILED

11/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 23-0003

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 23-0003

_____

IN RE PETITION OF WYATT PANNABECKER
TO SUBMIT LATE APPLICATION TO TAKE THE          O R D E R
BAR EXAM

_____

Wyatt Pannabecker has filed a petition for leave to submit a late application to take the Montana Bar Examination administered in February 2024. Pannabecker's petition establishes good cause for the request. Pannabecker must also comply with all other applicable Rules of Admission, including character and fitness certification, in sufficient time to ultimately be able to sit for the examination. Therefore,

IT IS HEREBY ORDERED that the petition of Wyatt Pannabecker for leave to submit a late application to take the Montana Bar Examination in February 2024 is GRANTED, subject to completion of all other exam prerequisites. The application should be submitted no later than November 24, 2023.

The Clerk shall provide copies of this order to the Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 14 day of November, 2023.

_____
Chief Justice

_____

_____

FILED

NOV 1 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

_____

_____

_____

Justices